UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

DAYVON MALIK DAVIS,

    Plaintiff,

Case No. 2:24-cv-168

v.

Honorable Ray Kent

SARAH SCHROEDER,

    Defendant.
_____/

## JUDGMENT

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated: November 21, 2024

/s/ Ray Kent
Ray Kent
United States Magistrate Judge